IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOPEZ, | No. C-14-4652 MMC |
| Plaintiff, | **ORDER RE: CHAMBERS COPIES** |
| v. | |
| HEARST COMMUNICATIONS, INC., et al., | |
| Defendants. | |

On November 25, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the parties are hereby DIRECTED to submit in single-sided format all chambers copies of documents filed in the future.  See Civil L.R. 3-4 (setting forth the requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

**IT IS SO ORDERED.**

Dated:  December 17, 2014

MAXINE M. CHESNEY
United States District Judge